UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MIAMI

Case No. 1:16-cv-24570

KIMBERLY BLAKE-ROTH, an individual,

   Plaintiff,

vs.

WOLFGANG ROTH, et al
_____/

**NOTICE OF STRIKING DOCKET ENTRY**

     Defendants Modern Art Services, LLC ("Modern Art"), ACG Capital Company, LLC ("ACG"), and Ian Peck ("Peck") (jointly and severally, "Lenders") hereby gives notice of striking docket entry 7 that was inadvertently filed as a MOTION for Disclosure. Disclosure Statement under FRCP 7.1 will be refiled as a Certificate of Interested Parties/Corporate Disclosure Statement.

1

Dated:  November 10, 2016

Respectfully submitted:

ALVAREZ BARBARA, LLP

By: /s/ Hugo Alvarez
    Richard L. Barbara
    FBN: 0012243
    Hugo Alvarez
    FBN: 163960
rbarbara@alvarezbarbara.com
halvarez@alvarezbarbara.com
1750 Coral Way
Second Floor
Miami, FL
Tel: (305) 263-7700
Fax:  (305) 263-7699

Counsel for Defendants Ian Peck, Modern Art Services, LL, and ACG Capital Company, LLC

Of counsel:
(Pro hac vice motions to be filed)

The Majorie Firm Ltd.

Francis B. Majorie
fbmajorie@themajoriefirm.com
and
Thomas J. Annis
tannis@themajoriefirm.com

4901 LBJ Freeway, Fourth Floor
Dallas, Texas 75244
Tel:  (214) 522-7400
Fax: (214) 522-07911

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT, on this 10th day of November, 2016, a true and correct copy of the foregoing was served counsel of record to all other parties in the case:

1. Keith D. Silverstein Esq. by email to keith.silverstein@gmail.com and by United States mail, first class, postage prepaid addressed to Keith D. Silverstein, P.A., 200 South Biscayne Blvd., Suite 4310, Miami FL 33131;

2. Jason B. Giller, PA by email to Jason@gillerpa.com and by United States mail, first class, postage prepaid addressed to Jason B. Giller, PA, 701 Brickell Ave., 24th Floor, Miami, FL 33131; and

3. Scott A. Frank by email to sfrank@saflaw.com and by United States mail, first class, postage prepaid addressed to Law Offices of Scott A. Frank, PA, 5301 N. Federal Highway, Suite 170, Boca Raton, FL 33487.

/s/ Hugo Alvarez
Hugo Alvarez (FBN 163960)