UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MIAMI

Case No. 1:16-cv-24570

KIMBERLY BLAKE-ROTH, an individual,

    Plaintiff,

vs.

WOLFGANG ROTH, an individual, WOLFGANG ROTH & PARTNERS FINE ART, LLC, a Florida limited liability company, ACG CAPITAL COMPANY, LLC, a Delaware limited liability company, MODERN ART SERVICES, LLC, a Delaware limited liability company, IAN PECK, an individual, and 346 NW 29th STREET, LLC, a Florida limited liability company d/b/a MUSEO VAULT,

    Defendants.

_____/

**DISCLOSURE STATEMENT UNDER FRCP 7.1 BY
ACG CAPITAL COMPANY, LLC, MODERN ART SERVICES, LLC, AND IAN PECK**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Modern Art Services, LLC, ACG Capital Company, LLC, and Ian Peck (private non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties that are publicly held.

//

//

//

//

1

Dated: November 3, 2016                    Respectfully submitted:

ALVAREZ BARBARA, LLP

By: /s/ Hugo Alvarez
      Richard L. Barbara
      FBN: 0012243
      Hugo Alvarez
      FBN: 163960
      rbarbara@alvarezbarbara.com
      halvarez@alvarezbarbara.com
      1750 Coral Way, Second Floor
      Miami, FL
      Tel: (305) 263-7700
      Fax: (305) 263-7699

Counsel for Defendants Ian Peck,
Modern Art Services, LL, and
ACG Capital Company, LLC

Of counsel:
(Pro hac vice motions to be filed)
The Majorie Firm Ltd.
Francis B. Majorie (fbmajorie@themajoriefirm.com)
Thomas J. Annis (tannis@themajoriefirm.com)
4901 LBJ Freeway, Fourth Floor
Dallas, Texas 75244
Tel: (214) 522-7400
Fax: (214) 522-07911

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on this 1st day of November, 2016, a true and correct copy of the foregoing was served counsel of record to all other parties in the case:

1. Keith D. Silverstein Esq. by email to keith.silverstein@gmail.com and by United States mail, first class, postage prepaid addressed to Keith D. Silverstein, P.A., 200 South Biscayne Blvd., Suite 4310, Miami FL 33131;

2. Jason B. Giller, PA by email to Jason@gillerpa.com and by United States mail, first class, postage prepaid addressed to Jason B. Giller, PA, 701 Brickell Ave., 24th Floor, Miami, FL 33131; and

3. Scott A. Frank by email to sfrank@saflaw.com and by United States mail, first class, postage prepaid addressed to Law Offices of Scott A. Frank, PA, 5301 N. Federal Highway, Suite 170, Boca Raton, FL 33487.

      /s/ Hugo Alvarez
      Hugo Alvarez (FBN 163960)