UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| KIMBERLY BLAKE-ROTH, | § § § | Case No. 1:16-CV-24570 |
| Plaintiff, | § | |
| v. | § § | |
| WOLFGANG ROTH, et al., | § § § | |
| Defendants. | § | |

### DECLARATION OF FRANCIS B. MAJORIE IN SUPPORT

I, Francis B. Majorie, declare:

1. I am over the age of majority and competent to testify as to all matters hereinafter set forth, each of which is true and correct and of my own personal knowledge, provided that when so indicated, such testimony is based upon my review of one or more documents and as to such matters I am informed and believe they are true.

2. I am an attorney licensed to practice law in, among other states, the States of New York and Texas. I am the principal of The Majorie Firm, Ltd. and co-counsel for defendants ACG Capital Company, LLC ("ACG"), Modern Art Services, LLC ("MAS" or "Modern Art"), and Ian Peck ("Peck") (collectively, "Removing Defendants") in the above-referenced action (*pro hac vice* motion to be filed). I am also lead counsel to ACG and Modern Art in the litigation pending before the Honorable P. Kevin Castel in the Southern District of New York as *Modern Art Services, LLC et al. v. Roth et al.*, Case No. 16-06271-PKC (the "SDNY Action").

3. I submit this declaration in support of Removing Defendants' memorandum in opposition to Plaintiff's Amended Motion To Remand To State Court And Objection To Realignment (the "Motion To Remand") [Dkt. 16] and Plaintiff's Motion For Leave To Amend Complaint [Dkt. 14] and in support of their cross-motions to dismiss or sever 346 NW 29th

Street, LLC d/b/a Museo Vault ("Museo Vault") as a party and to transfer the case to the Southern District of New York under the first-filed rule.

4. Attached hereto are true and correct copies of certain filings that have been made in the SDNY Action.

5. Attached hereto as "Exhibit A" is a true and correct copy of the Declaration Of Ludovica Capobianco that was filed on August 9, 2016 in the SDNY Action.

6. Attached hereto as "Exhibit B" is a true and correct copy of the Declaration Of Ian S. Peck that was filed on August 9, 2016 in the SDNY Action.

7. Attached hereto as "Exhibit C" is a true and correct copy of the Declaration Of Francis B. Majorie With Certification Under FRCP 65 And Local Rule 6.1(d) that was filed on August 9, 2016 in the SDNY Action.

8. Attached hereto as "Exhibit D" is a true and correct copy of the Second Declaration Of Francis B. Majorie that was filed on August 26, 2016 in the SDNY Action.

9. Attached hereto as "Exhibit E" is a true and correct copy of Plaintiffs-Counterclaim Defendants' Motion For Leave To Amend And To Add Additional Party that was filed on November 21, 2016 in the SDNY Action to correct a docketing error concerning the original filing of the motion.

10. Attached hereto as "Exhibit F" is a true and correct copy of Plaintiffs-Counterclaim Defendants' Memorandum Of Law In Support Of Their Motion For Leave To Amend And To Add Additional Party that was re-filed on November 21, 2016 in the SDNY Action to correct a docketing error concerning the original filing of the motion.

11. Attached hereto as "Exhibit G" is a true and correct copy of Defendants' Memorandum Of Law In Opposition To Motion To Amend And To Join Additional Party that was filed on November 18, 2016 in the SDNY Action.

12. Attached hereto as "Exhibit H" is a true and correct copy of Plaintiffs-Counterclaim Defendants' Reply Memorandum In Support Of Their Motion For Leave To Amend And To Add Additional Party that was filed on November 28, 2016 in the SDNY Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of December, 2016 at Dallas, Texas.

By: /s/ Francis B. Majorie
Francis B. Majorie